

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-26-00165-CV

ZENAYDA GUADALUPE PORTILLO-RODRIGUEZ, APPELLANT

V.

POTTER COUNTY, TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 112,812-E-CV, Honorable Timothy G. Pirtle, Presiding

April 29, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Zenayda Guadalupe Portillo-Rodriguez, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of April 1, 2026, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by April 13, 2026, would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam